IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE L. GALLARDO, | ) | |
| | ) | 4:06CV3091 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| HAROLD W. CLARK, et al, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a hearing held on August 9, 2007, concerning plaintiff's motion for prepaid medical expert fees, Filing No. 50. The court, having heard argument on plaintiff's motion, and being fully advised, finds that the motion should be denied.

THEREFORE, IT IS ORDERED plaintiff's motion to incur expenses from the Federal Practice Fund, Filing No. 50, is denied.

DATED this 10th day of August, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Court