IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE L. GALLARDO,<br><br>          Plaintiff,<br><br>          v.<br><br>HAROLD W. CLARK, et al,<br><br>          Defendants. | 4:06CV3091<br><br>ORDER |

      This matter is before the court on plaintiff's motion to dismiss, Filing No. 73, and subsequently, plaintiff's motion to strike or withdraw his motion to dismiss, Filing No. 74, by and through his attorney Roger Roots. The court has reviewed the record and finds the motion to strike should be granted.

      THEREFORE, IT IS ORDERED that:

      1. Plaintiff's motion to strike or withdraw motion, Filing No. 74, is granted; and

      2. Filing No. 73 is stricken.

      DATED this 29th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Court