IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE L. GALLARDO, ) | |
| ) | 4:06CV3091 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| HAROLD W. CLARK, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on plaintiff's motion to dismiss without prejudice, Filing No. 78. The court has reviewed the record and finds the motion should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to dismiss this case without prejudice, Filing No. 78, is granted.

DATED this 25th day of September, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Court